UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fourscore Resource Capital, L.L.C., a Minnesota limited liability company,

Plaintiff,

v.

Credit Solutions Corp., a California corporation,

Defendant.

Civil File No. 01-CV-1492 DWF/AJB

**STIPULATION AND ORDER**

WHEREAS the above-referenced matter has been set for hearing before The Honorable Donovan W. Frank, on December 7, 2001, on plaintiff's motion for default judgment.

WHEREAS defendant disputes that it has been properly served with a copy of the Summons and Complaint in this action.

WHEREAS, to resolve this dispute regarding service of process and facilitate communication regarding possible settlement of this action, the parties have reached agreement to the terms set forth below.

The parties stipulate and hereby request that the Court order as follows:

1. Through its counsel, William A. Dossett, defendant accepted service of the Summons and Complaint on December 6, 2001.

2. Plaintiff's motion for default judgment is withdrawn.

FILED DEC 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

3. Defendant shall answer or otherwise respond to the Complaint on or before December 20, 2001.

4. On or before December 20, 2001, the parties shall exchange accounting information establishing the amount that each party believes is owed, if any, pursuant to the September 26, 2000 Purchase Agreement, as amended.

Dated: December 6, 2001

LINDQUIST & VENNUM, P.L.L.P.

By ______________________
Jeffrey N. Saunders #169626
Jenna G. Johnson #291067
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211

Attorneys for Plaintiff Fourscore Resource Holdings, LLC

Dated: December 6, 2001

DORSEY & WHITNEY LLP

By ______________________
William A. Dossett #0237930
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Credit Solutions Corp.

SO ORDERED:

______________________
The Honorable Donovan W. Frank