**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Fourscore Resource Capital, LLC, a Minnesota limited liability company,

Plaintiff,

vs.

Credit Solutions Corp., a California corporation,

Defendant.

Court File No.: 01-CV-1492 (DWF/AJB)

**STIPULATED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND, SETTING TIME TO ANSWER THE AMENDED COMPLAINT, AND MODIFYING PRETRIAL ORDER DEADLINES**

---

## STIPULATION

**WHEREAS** Plaintiff has filed and served a Motion for Leave to Amend its Complaint; and

**WHEREAS** Defendant desires to stipulate to such amendment but requires until May 1, 2002, to respond to the Amended Complaint; and

**WHEREAS** the parties have attempted and are attempting to resolve this matter in an informal and mutually satisfactory manner and have therefore not engaged in formal discovery and require additional time to resolve or litigate this matter,

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned counsel of record, that the Court is respectfully requested to enter the Order set forth below.

APR 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**LINDQUIST & VENNUM** P.L.L.P.

By ______________________________
Marc A. Al (247923)
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3253
(612) 371-3207 (facsimile)

DATED: April 16, 2002

**ATTORNEYS FOR PLAINTIFF FOURSCORE RESOURCE CAPITAL, LLC**

**DORSEY & WHITNEY LLP**

By ______________________________
James D. Kremer (0211461)
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600
(612) 340-2868 (facsimile)

DATED: April 18, 2002

**ATTORNEYS FOR DEFENDANT CREDIT SOLUTIONS CORP.**

**ORDER**

Based upon the above stipulation, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Leave to Amend (Docket No. _____) is **GRANTED**.

2. Plaintiff shall file its Amended Complaint within five (5) days from the date of this Order.

3. Defendant shall respond to the Amended Complaint by Wednesday, May 1, 2002.

4. All deadlines set forth in Pretrial Scheduling Order dated January 31, 2002, are extended by two (2) months, as follows:

   a. Discovery shall be commenced in time to be completed by October 1, 2002.

   b. Plaintiff shall disclose its expert witnesses and expert witness reports by July 1, 2002.

   c. Defendant shall disclose its expert witnesses and expert witness reports by August 1, 2002.

   d. Rebuttal reports shall be due on or before September 1, 2002.

   e. Motions which seek to amend the pleadings or add parties must be served by August 3, 2002.

   f. Dispositive motions shall be served and filed by December 1, 2002.

   g. The case shall be ready for a Court trial on April 1, 2003, or upon resolution of any pending dispositive motions.

Dated this 22nd day of April, 2002.

**BY THE COURT**:

Arthur J. Boylan
United States Magistrate Judge