UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FOURSCORE RESOURCE CAPITAL, LLC,

Plaintiff,

v.

CREDIT SOLUTIONS CORP.,

Defendant.

Case No. 01-1492 DWF/AJB

NOTICE OF
SETTLEMENT CONFERENCE

---

A settlement conference will be held on **May 16, 2002, at 1:30 p.m.**, in Room 638 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

**Each attorney shall submit to the undersigned at least three days before the date of the settlement conference a confidential letter setting forth the parties'**

Filed MAY 0 9 2002
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

**respective settlement positions**.

Failure of any lawyer to submit this letter could result in the settlement conference being rescheduled and the imposition of an appropriate sanction on the attorney whose failure caused the conference to be postponed. Additional sanctions may be imposed for failure to comply with any of the other foregoing instructions.

Dated: 5-9-02

Arthur J Boylan

ARTHUR J. BOYLAN
United States Magistrate Judge