**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

FOURSCORE RESOURCE CAPITAL, LLC,
a Minnesota limited liability company,

Plaintiff,

v.

CREDIT SOLUTIONS CORP., a
California corporation,

Defendant.

Civil No. 01-1492 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Marc Al, Esq., and Jenna Johnson, Esq., Lindquist & Vennum 4200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, counsel for Plaintiff.

James Kremer, Esq., Dorsey & Whitney, 50 6th Street South, Suite 1500, Minneapolis, MN 55402-1498, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 20, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 20 2002
Richard D. Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials